**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**OMAR GATASHVILI** **PETITIONER**

**v.** **No. 3:26-cv-318-DPM**

**RUSSELL BRINSFIELD, Sheriff, Jackson County, Arkansas; BRIAN ACUNA, Acting Field Office Director, New Orleans Field Office, US Immigration and Customs Enforcement; DAVID J. VENTURELLA, Acting Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and TODD BLANCHE, Attorney General of the United States** **RESPONDENTS**

**ORDER**

**1.** The Court notes Gatashvili's § 2241 petition, *Doc. 1*, and withdraws the reference. LOCAL RULE 72.1(B)(1).

**2.** The verified petition alleges these facts. Gatashvili is a noncitizen who has been the subject of removal proceedings since 2023. His removal hearing is scheduled for 2028. On 15 November 2026, he was pulled over by local police officers. The officers ran a records check and detained him because "he was wanted by ICE." *Doc. 1 at 5*. Gatashvili is currently being held at the Sheriff's Office for Jackson County, Arkansas, but is in the process of being transferred to

Louisiana. The *habeas* petition seeks release or a bond hearing. The Court needs some time, and the benefit of the Respondents' arguments, to address the petition.

**3.** The Court directs the Clerk to issue any properly completed summonses. Gatashvili must serve a summons and the petition on Respondents. Within three calendar days after service, Respondents must show cause why the petition should not be granted, why the Court should not order Gatashvili's release, and why Gatashvili should not be provided a bond hearing. 28 U.S.C. §§ 2241 & 2243. Respondents must also provide the following information in their response to this Order.

- The location where Gatashvili is being held and the basis for his detention;
- Whether he was previously released on parole;
- Whether he was provided a pre-deprivation hearing; and
- The status of his immigration proceedings.

The responses must be supported by documentary evidence including Form I200 and I286 and, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury. Gatashvili's reply is due within three calendar days after the response is filed.

**4.** The Court notices that the United States Attorney has appeared and defended local enforcement involved in immigration detentions. The Court therefore directs the Clerk to email this Order to the United States Attorney and Assistant United Stated Attorney Shannon Smith today to alert them about the petition and this matter. This step, however, does not relieve Gatashvili of his obligation to serve the Respondents.

**5.** Gatashvili says he intends to move for a TRO. No such motion has been filed. In the circumstances, notice to the Respondents would be preferable so that the Court has each side's views.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 November 2026